# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 28, 2025

### NO. 03-25-00624-CV

**Sonia Zina Cruz and James Richard Haecker, Appellants**

**v.**

**Marcos Sanchez and Elena Grimaldo, Appellees**

**APPEAL FROM THE 483RD DISTRICT COURT OF HAYS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES CRUMP AND ELLIS
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE ELLIS**

This is an appeal from the interlocutory order signed by the trial court on May 21, 2025. Having reviewed the record, the Court holds that Sonia Zina Cruz and James Richard Haecker have not prosecuted their appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.